```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

TIERONE BANK, a United States  )
Corporation,                   )
                               )
          Plaintiff,           )          4:06CV3135
                               )
     v.                        )
                               )
U.S. MONEY SOURCE, INC.,       )          ORDER
d/b/a SolunaFirst, a Georgia   )
Corporation,                   )
                               )
          Defendant.           )
```

Defendant has filed a motion to file an amended answer, mistitled as a motion to amend complaint. Defendant's counsel advises that plaintiff has no objection to the motion.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion to file amended answer, filing 20, is granted and the amended answer shall be filed forthwith.

DATED this 21st day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge