## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3135 |
| V. | ) ) | |
| U.S. MONEY SOURCE, Inc., | ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

I held a telephone conference today with counsel.  I learned that there are difficult  coverage issues.  I also think this case would benefit from mediation. Accordingly,

IT IS ORDERED that:

(1)     On the court's own motion, this case is removed from the trial calendar until further order of the court.

(2)     The parties are ordered to engage in mediation within 90 days of today's date.  A separate mediation order will be entered.

(3)     Counsel for the parties shall advise Magistrate Judge Piester when this case can be returned to the trial docket.

January 30, 2007.                    BY THE COURT:

                                                *s/ Richard G. Kopf*
                                                United States District Judge