```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3135 |
| v. | ) ) | |
| U.S. MONEY SOURCE, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

The court has been notified that this case did not settle at the scheduled mediation. Accordingly,

IT IS ORDERED,

This case is reinstated to the trial calendar and the non-jury trial is set for the week of April 30, 2007 for a duration of one and one-half days before the Honorable Richard G. Kopf, United States District Judge in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as any jury trials that may be scheduled that week.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge