```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3135 |
| v. | ) ) | |
| U.S. MONEY SOURCE, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint motion for continuance, filing 33, is granted **in part**. The non-jury trial is continued from April 30 to May 14, 2007 at 9:00 a.m. before the Honorable G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as any civil jury trials which may be set.

DATED this 13th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge