```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3135 |
| v. | ) ) | |
| U.S. MONEY SOURCE, INC., | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's unopposed motion for continuance, filing 36, is granted. The non-jury trial is continued from May 14, 2007 to August 13, 2007 at 9:00 a.m. for a duration of one and one-half days before the Honorable G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as any civil jury trials which may be set.

DATED this 18th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge