IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIERONE BANK, a United States Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3135 |
| v. | ) ) | ORDER |
| U.S. MONEY SOURCE, INC. | ) ) ) | |
| Defendant. | ) | |

On August 1, 2007, General Order 2007-11 was entered in this case reassigning the case to Judge William J. Riley and setting the case for trial on August 15, 2007.

Upon request of the parties, IT IS ORDERED that trial is rescheduled for August, 14, 2007, in the Court of Appeals Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska before Judge William J. Riley.

DATED this 2nd day of August, 2007.

BY THE COURT:

s/William J. Riley
United States Circuit Judge